# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Farina Parniani,** | **Civil No. 06-2514 (PJS-JJG)** |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| **Cardinal Health, Inc., et al.,** | |
| Defendants. | |

This matter comes before the undersigned on plaintiff Fariba Parniani's motion for default judgment. This motion is referred for a report and recommendation in accordance with 28 U.S.C. § 636 and Local Rule 72.1(c). Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT:**

1. Ms. Parniani's motion for default judgment (Doc. No. 24) be **DENIED.**

2. The memorandum in this Court's order of August 4, 2006 is incorporated by reference.

Dated this 4th day of August, 2006.                    s/Jeanne J. Graham

                                                       JEANNE J. GRAHAM
                                                       United States Magistrate Judge

## NOTICE

Pursuant to Local Rule 72.2(b), any party may object to this report and recommendation by filing and serving specific, written objections by August 23, 2006. A party may respond to the objections within ten days after service thereof. Any objections or responses filed under this rule shall not exceed 3,500 words. The district court judge shall make a de novo determination of those portions to which objection is made. Failure to comply with this procedure shall forfeit review in the United States Court of Appeals for the Eighth Circuit.