UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Farina Parniani,**

    Plaintiff,

v.

**Cardinal Health, Inc., et al.,**

    Defendants.

Civil No. 06-2514 (PJS-JJG)

**ORDER**

---

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to the report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Ms. Parniani's motion for default judgment (Doc. No. 24) is **DENIED.**

2. The memorandum in the Magistrate Judge's order of August 4, 2006 is incorporated by reference.

Dated this 28th day of August, 2006.

                                                s/Patrick J. Schiltz
                                                PATRICK J. SCHILTZ
                                                United States District Court Judge