UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FARIBA PARNIANI,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>Defendants. | Court File No.: 06-cv-02514 PJS/JJG<br><br>**MOTION TO DISMISS AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR A STAY PENDING A DECISION ON THE MERITS OF PLAINTIFF'S WORKERS COMPENSATION CLAIMS** |

TO:   ALL PARTIES AND COUNSEL OF RECORD.

Defendants Western Orthopedic Surgery and Nolan Segal, M.D. ("Defendants"), through the undersigned counsel, hereby join in Medical Evaluations, Inc.'s Motion to Dismiss Amended Complaint, Or, In the Alternative, For a Stay Pending a Decision on the Merits of Plaintiff's Workers Compensation Claims.  Defendants join in this motion despite the fact that they have not been served with process in conformance with the Federal Rules of Civil Procedure or the Court's Order dated August 4, 2006.  Defendants' motion will be supported by the filed memoranda, the arguments of counsel, and all of the records and proceedings herein.

Dated:  September 29, 2006

Lind, Jensen, Sullivan & Peterson
A Professional Association

s/ Kevin J. Rodlund
Paul C. Peterson, I.D. No. 151543
Kevin J. Rodlund, I.D. No. 309254

Attorneys for Defendants Western
Orthopedic Surgery and Nolan
Segal, M.D.
150 South Fifth Street, Suite 1700
Minneapolis, Minnesota  55402
(612) 333-3637