# UNITED STATES DISTRICT COURT
## District of Minnesota

Fariba Parniani

V.

Cardinal Health, Inc., et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 06-2514 PJS/JJG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Report and Recommendation [Docket No. 192] is ADOPTED IN PART to the extent that it is consistent with the foregoing.
2. Parniani's motion for summary judgment and to strike [Docket No. 27] is DENIED.
3. Parniani's motions for default judgment [Docket Nos. 56 and 91] are DENIED.
4. Parniani's motions for summary judgment [Docket Nos. 95 and 154] are DENIED.
5. Parniani's motions to deny defendants' motions [Docket Nos. 57, 93, and 135] are DENIED.
6. Parniani's motions to strike [Docket Nos. 101, 123, 144, and 148] are DENIED.
7. Parniani's motion to expedite [Docket No. 189] is DENIED.
8. The motion of defendant Medical Evaluations, Inc. to file under seal [Docket No. 97] is DENIED AS MOOT.
9. The Cumberland defendants' motion to dismiss [Docket No. 33] is GRANTED.
10. The Cardinal Health defendants' motion to dismiss [Docket No. 37] is GRANTED.
11. The Sedgwick defendants' motion to dismiss [Docket No. 41] is GRANTED.
12. The Hanft Fride defendants' motion to dismiss or for summary judgment [Docket No. 76] is GRANTED IN PART.
13. The motion of defendants Nolan Segal, M.D., and Western Orthopaedic Surgery to dismiss or to stay [Docket No. 74] is GRANTED IN PART.
14. The motion of defendant Medical Evaluations, Inc. to dismiss or to stay [Docket No. 76] is GRANTED IN PART.
15. The motion of defendant The Hartford to dismiss [Docket No. 114] is GRANTED.
16. The complaint in its entirety as against all defendants is DISMISSED WITH PREJUDICE AND ON THE MERITS.

|  |  |
|---|---|
| July 27, 2007 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/V. Moralez |
|  | (By)    V. Moralez,   Deputy Clerk |

Form Modified: 09/16/04